# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard Olton ,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                          3:08-cv-516
                                          3:03-cr-127-1

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2011 Order.

                                                              Signed: September 29, 2011

                                                              Frank G. Johns, Clerk
                                                             United States District Court